IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **06-cv-1060-AP**

**SCOTT J. FISHER,**

       Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

       Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

     Defendant's Unopposed Motion to Amend Briefing Schedule (doc. #21), filed November 24, 2006, is GRANTED.  Plaintiff's opening brief is due January 8, 2007; defendant's response brief is due February 7, 2007; plaintiff's reply brief is due February 22, 2007.

Dated:  November 29, 2006