UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 06-cv-01060-AP

Scott J. Fisher

        **Plaintiff,**

v.
Michael Astrue
Commissioner of Social Security,

        **Defendant.**

---

## ORDER

---

THIS MATTER is before the Court on Plaintiff's Motion for an Award of Attorney Fee Pursuant to 42 U.S.C. § 406(b) filed July 31, 2008 (doc. #34). Plaintiff's counsel requests that the Court award $6,600 as a reasonable § 406(b) fee. It is

ORDERED that Plaintiff's Motion is GRANTED. It is

ORDERED that attorney fees are awarded in the amount of $6,600 pursuant to 42 U.S.C. § 406(b). The Defendant shall pay to the Plaintiff's counsel $6,600, and refund any remaining withheld past-due benefits directly to the Plaintiff.

Dated: August 4, 2008

                                      BY THE COURT:

                                      *S/John L. Kane*
                                      JOHN L. KANE, SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT